# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**
**No. 25-0410V**

ROBERT HEWLETT,

Petitioner,

v.

SECRETARY OF HEALTH AND HUMAN SERVICES,

Respondent.

Chief Special Master Corcoran

Filed: October 19, 2026

*Ronald Craig Homer, Conway, Homer, P.C., Boston, MA, for Petitioner.*

*Joseph Douglas Leavitt, U.S. Department of Justice, Washington, DC, for Respondent*

## RULING ON ENTITLEMENT[1]

On March 4, 2025, Robert Hewlett filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine ").[3] Petitioner alleged that he suffered bilateral shoulder injuries related to vaccine administration ("SIRVAs"), defined Table injuries, after receiving pneumococcal conjugate and human papillomavirus vaccines on June 21, 2024. Amended Petition at 1, ¶¶ 2, 28. Petitioner further alleged that he received the vaccines within the United States, that he suffered the residual effects of his injuries for more than six months, and that neither he nor any other party has filed a civil case or received compensation for his

---

[1] Because this Ruling contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

[3] On April 22, 2026, Petitioner filed an amended petition containing additional details and medical records citations. ECF No. 26.

SIRVAs, alleged to be vaccine-related. Amended Petition at ¶¶ 29-31. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On October 19, 2026, Respondent filed his Rule 4(c) report in which he concedes that Petitioner is entitled to compensation for bilateral Table SIRVAs. Respondent’s Rule 4(c) Report at 1, 8. Specifically, Respondent agrees that “based on the current record, [P]etitioner has satisfied all requirements for compensation under the Act.” *Id*. at 8.

**In view of Respondent’s position and the evidence of record, I find that Petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

**s/Brian H. Corcoran**
Brian H. Corcoran
Chief Special Master